UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21491-CMA

JESUS HERNANDEZ,

       Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

       Defendant.
_____/

## **JOINT NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff, JESUS HERNANDEZ and Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC have reached a mutually agreeable settlement in the above-captioned matter.

The parties are in the process of finalizing the terms of settlement and respectfully request that this Court allow thirty (30) days to complete the settlement, during which time Parties request this Court retain jurisdiction over this matter until fully resolved. The Parties anticipate that a joint stipulation to voluntary dismissal with Prejudice will be filed within thirty (30) days.

Respectfully submitted,

| | |
|---|---|
| */s/ Jose M. Francisco* | */s/ Ernest H. Kohlmyer, III* |
| Jose M. Francisco, Esquire | Ernest H. Kohlmyer, III, Esq., LL.M. |
| Florida Bar No. 0892874 | Florida Bar No. 110108 |
| josefrancisco@jmflawyers.com | Skohlmyer@shepardfirm.com |
| litigationsec5@jmflawyers.com | Shepard, Smith, Kohlmyer & Hand, P.A. |
| Jose M. Francisco, P.A. | 2300 Maitland Center Parkway, Suite 100 |
| 8660 West Flagler Street, Suite 100 | Maitland, Florida 32751 |
| Miami, Florida 33144 | Telephone (407) 622-1772 |
| Telephone: (305) 649-2213 Ext. 1018 | Facsimile (407) 622-1884 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2023 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/Jose M. Francisco

## SERVICE LIST

Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No. 110108
Skohlmyer@shepardfirm.com
dgoode@shepardfirm.com
tkittilson@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant*, *Healthcare Revenue Recovery Group, LLC*